## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-22-5097-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** **9711214** |
| **vs.** | **Location Code: M13** |
| **MARIAH P. IRON PIPE,** | **ORDER** |
| **Defendant.** | |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $80 ($50 fine and $30 processing fee) for violation 9711214.  The total fine amount will be paid in full on or before October 13, 2023.  Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that the bench warrant issued on or about September 30, 2022 is **QUASHED**.

DATED this 13th day of October, 2022.


John Johnston
United States Magistrate Judge